**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE INDICTMENT AND
BENCH WARRANT
FOR HENDARMIN MANSOER

: Crim. 06-123
:
: Under Seal

**FILED**

**MOTION AND SUPPORTING MEMORANDUM
TO SEAL CRIMINAL INDICTMENT AND BENCH WARRANT**

MAY 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court pursuant to Fed. R. Crim. P. 6(e)(4) to place under seal until further order of the Court the Indictment and Bench Warrant for Hendarmin Mansoer in the above-captioned case, as well as the Government's Motion to Seal and this Court's Order sealing the aforesaid documents. In support of its motion, the government states as follows:

1.      An indictment may be sealed pursuant to Rule 6(e)(4) for any legitimate prosecutorial reason, including, as recognized by the Rule itself, to take the defendant into custody and bring him or her before the court. See United States v. Michael, 180 F.2d 55, 57 (3d Cir. 1949); see also United States v. Sharpe, 995 F.2d 49 (5th Cir. 1993); United States v. Southland Corp., 760 F.2d 1366, 1379-80 (2d Cir. 1985); U.S. v. Lyles, 593 F.2d 182 (2d Cir. 1979).

2.      Today, May 10, 2006, a grand jury returned an Indictment against a single defendant, Hendarmin Mansoer, on one count of Fraud and Misuse of Visas, in violation of 18 U.S.C. §§ 1546 and 2, and one count of Forged Contract with intent to Defraud the United States, in violation of 18 U.S.C. §§ 495 and 2, for providing false documentation for a non immigrant to obtain a visa to the United States. The United States anticipates that the Court will grant its oral request for a bench warrant to be issued today for the defendant's arrest on this Indictment.

1

3.  Anticipating the issuance of a bench warrant for the arrest of defendant Mansoer, the United States is preparing for the arrest of the defendant. Defendant Mansoer is believed to reside in the State of Maryland and work in the District of Columbia at the Embassy of Jordan. Prior to his current employment, he worked at two other foreign diplomatic missions. He is a citizen of Indonesia and possesses a valid passport. The public disclosure of this Indictment at this time could jeopardize plans to secure his arrest, because such disclosure could result in defendant Mansoer's flight from this area prior to his arrest. Concern for the need to apprehend the defendant constitutes a legitimate prosecutorial reason, and thus an appropriate basis, for an Order sealing the Indictment and Bench Warrant.

4.  Accordingly, the United States submits that under <u>Washington Post v. Robinson</u>, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, the Bench Warrant, this Motion, and any Order to Seal, until such time as the defendant Hendarmin Mansoer has been arrested.

5.  In addition, we request that the sealing Order permit disclosure of the Indictment to any federal law enforcement officers, to the extent that such disclosure is in furtherance of efforts to capture this defendant.

6.  The United States requests that the Court issue an Order that provides for the automatic unsealing of the Indictment and the Bench Warrant when the defendant Hendarmin Mansoer is arrested.

## CONCLUSION

WHEREFORE, for all the foregoing reasons, the United States of America respectfully

2

requests that the Court issue an Order sealing (except to the limited extent specified herein) the Indictment returned in this matter on this date, May 10, 2006, as well as sealing the Bench Warrant, this Motion, and the Court's sealing Order, until further order of this Court. A proposed Order is submitted herewith.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              UNITED STATES ATTORNEY
                              D.C. Bar Number 451058

By: /s/ Brenda J. Johnson
       Brenda J. Johnson
       Assistant United States Attorney
       D.C. Bar No. 370737
       202/353-4154
       Brenda.Johnson@usdoj.gov
       National Security Section
       United States Attorney's Office
       555 4th Street, N.W. – 11th floor
       Washington, D.C. 20530

Dated: May 10, 2006