SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE INDICTMENT AND            :
BENCH WARRANT                   :
FOR HENDARMIN MANSOER           :   Under Seal

06-123 Crim.

FILED
MAY 10 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER TO SEAL

Having considered the Government's Motion to Seal Criminal Indictment and Bench Warrant, which indictment was returned on May 10, 2006, and for good cause stated therein, the Court makes the following:

### FINDINGS OF FACT

1. Fed. R. Cr. P. 6(e)(4) permits the sealing of an indictment for any legitimate prosecutorial reason.

2. Sealing the Indictment and the Bench Warrant in the above-captioned matter will further the legitimate prosecutorial interest in locating and obtaining custody of the defendant, Hendarmin Mansoer..

3. The public docketing at this time of the Indictment, the Bench Warrant, the Government's Motion to Seal, and this Order, could compromise the government's ability effectively to obtain custody of the defendant who remains at large.

4. Accordingly, the government submits that under Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the Indictment, the Bench Warrant, the Motion to Seal, and any Order to Seal, until such time as the defendant Hendarmin Mansoer is arrested.

Based on the foregoing Findings of Fact, the Motion is hereby

GRANTED, and it is hereby

ORDERED that the Indictment and the Bench Warrant in the above-captioned matter be sealed by the Clerk of the Court until the defendant is arrested, except that the United States Government may disclose the existence and/or contents of the Indictment and the Bench Warrant in the above-captioned matter to any federal law enforcement officers to the extent that such disclosure is in furtherance of efforts to obtain custody of defendant Hendarmin Mansoer; and it is

FURTHER ORDERED that the Clerk's office shall not make any entry on the public docket in this case of the Indictment and the Bench Warrant in this case, the filing of the Government's Motion to Seal, and the Order granting such motion, until further order of this Court.

FURTHER ORDERED that the Government's Motion to Seal and this Order be sealed until further order of this Court; and it is

FURTHER ORDERED the Indictment, the Bench Warrant, and this Order shall be automatically unsealed when the defendant Hendarmin Mansoer is arrested.

FURTHER ORDERED that the Clerk of the Court shall provide to the United States Attorney's Office certified copies of the Indictment and the Bench Warrant upon request.

Date: May 10, 2006

UNITED STATES MAGISTRATE JUDGE

cc:   Brenda J. Johnson
      Assistant United States Attorney