IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO.: |
| | : | |
| v. | : | (GRAND JURY ORIGINAL) |
| | : | |
| **HENDARMIN MANSOER** | : | VIOLATION: |
| | : | 18 U.S.C. §1546 |
| | : | (Fraud and Misuse of Visas) |
| | : | 18 U.S.C.§ 495 |
| | : | (Forged Contract with intent to Defraud the United States) |
| | : | 18 U.S.C. § 2 |
| | : | (Aiding and Abetting) |
| | : | |

# I N D I C T M E N T

The Grand Jury charges that:

## COUNT ONE

From in or about January 2003, to on or about March 26, 2003, in the District of Columbia, the Republic of Indonesia, and elsewhere within the venue of the United States District Court for the District of Columbia pursuant to Title 18 U.S.C. §§ 3237 and 3238, the defendant, **HENDARMIN MANSOER,** and others known and unknown to the Grand Jury did knowingly utter, use, attempt to use, possess, obtain, accept, and receive a United States nonimmigrant visa issued to Chris Setyaningsih, knowing it to have been procured by means of a false claim and statement and to have been otherwise procured by fraud and unlawfully obtained.

(**Fraud and Misuse of Visas, Permits, and Other Documents,** in violation of Title 18, United States Code, Section 1546, and **Aiding and Abetting,** in violation of Title 18, United States Code, Section 2)

## COUNT TWO

From in or about January 2003, to on or about March 26, 2003, in the District of Columbia, the Republic of Indonesia, and elsewhere within the venue of the United States District Court for the District of Columbia pursuant to Title 18 U.S.C. §§ 3237 and 3238, the defendant, **HENDARMIN MANSOER,** and others known and unknown to the Grand Jury did knowingly utter and publish as true a false, forged, altered and counterfeited writing, that is, an employment contract, with intent to defraud the United States, knowing the same to be false, altered, forged and counterfeited.

(**Forged Contract with intent to Defraud the United States,** in violation of Title 18, United States Code, Section 495, and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia