# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-123 | MAGIS. NO: |
|---|---|---|
| v.<br><br>HENDARMIN MANSOER | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>HENDARMIN MANSOER | FILED<br>MAY 1 2 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB: XX/XX/1962  PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Fraud and Misuse of a Visa
Forged Contract with intent to Defraud the United States
Aiding and Abetting

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1546, 495 and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE KAY** | SIGNATURE (JUDGE/MAGISTRATE JUDGE):<br>**U.S. MAGISTRATE JUDGE ALAN KAY** | DATE ISSUED:<br>05/10/2006 |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: *[signature]* | DATE:<br>05/10/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 5·10·06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED: 5·12·06 | Sean McLeod SDUSM | *[signature]* |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X |