UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America_____
                                            )   Criminal No. 06-123-01 (HHK)
                                            )
          versus                            )
                                            )
HENDARMIN MANSOER,                          )
_____Defendant_____)

NOTICE OF APPEARANCE

The clerk of the Court will please note the entry of my appearance under the Criminal Justice Act nunc pro tunc to May 12, 2006.

Respectfully submitted,

NATHAN I. SILVER/#944314
Attorney for Hendarmin Mansoer

P.O. Box 5757
Bethesda, MD 20824-5757
(301) 229-0189 (fax and voice calls)
email: NISquire@aol.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was served via electronic transmission this 2nd day of June, 2006 upon Brenda Johnson, Esq., United States Attorney's Office for the District of Columbia, 555 4th Street NW, Washington, D.C. 20530.

_____
*Nathan I. Silver*

1