IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 06-123 (HHK) |
| | : | |
| v. | : | |
| | : | |
| HENDARMIN MANSOER, | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. § 1546(a) |
| | : | (False Making of Visas, Permits and Other |
| | : | Entry Documents) |
| | : | 18 U.S.C. §2 |
| | : | (Aiding and Abetting) |

## INFORMATION

The United States Attorney informs the Court:

## COUNT ONE

From in or about June 2001, to on or about May 2006, in the District of Columbia, Republic of Indonesia, and elsewhere within the venue of the United States District Court for the District of Columbia pursuant to Title 18, United States Code, Sections 3237 and 3238, the defendant, HENDARMIN MANSOER, and others known and unknown to the government, knowingly did forge, counterfeit, alter, and falsely make, documents prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, that is, letters purportedly from the Embassy of the Republic of Brunei Darussalam, the Embassy of the Republic of Benin and the Embassy of the Republic of Jordan and employment contracts

purportedly from these respective embassies stating that foreign nationals were to be employed in the United States as domestic workers for diplomats.

**(False Making of Visas, Permits and Other Entry Documents**, in violation of Title 18, United States Code, Section 1546(a) and Section 2)

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar No. 451058

By: _____
        BRENDA J. JOHNSON
        Assistant United States Attorney
        D.C. Bar No. 370737
        National Security Section
        555 4th Street, N.W., 11th Floor
        Washington, D.C.  20530
        (202) 353-4154
        Brenda.Johnson@usdoj.gov