AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
JUL 1 9 2006

_____ DISTRICT OF _____

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Hendarmin Mansoer

## WAIVER OF INDICTMENT

CASE NUMBER: 06-123

I, __Hendarmin Mansoer__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __July 19, 2006__ prosecution by indictment and consent that the
                              *Date*
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Harry Kennedy_
         Judicial Officer