CO-526
(12/86)

**FILED**

JUL 1 9 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | Criminal No. 06-123 |
| Hendanomin Mansoen ) | |

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
Brenda J. Johnson
Assistant United States Attorney

Approved:

_____
Judge Henry H. Kennedy, Jr.
United States District Court