IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CRIMINAL NO. 06-123 (HHK)** |
| : | |
| **HENDARMIN MANSOER,** : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. §3E1.1(b)**

The defendant Hendarmin Mansoer has pled guilty to Count One of a Superseding Information charging him with (False Making of Visas, Permits and Other Entry Documents and Aiding and Abetting, in violation of 18 U.S.C.§ §1546 and 2, admitting his role in a scheme to create fraudulent personal service employment contracts and other documents permitting visas to be issued to persons not qualified to receive them and allowing nineteen illegal aliens to fraudulently enter the United States. He is scheduled to be sentenced on October 27, 2006.

As described in the Presentence Investigation Report, the defendant's Adjusted Offense Level on Count One under the United States Sentencing Guidelines (U.S.S.G.) is 19. As the defendant has clearly demonstrated acceptance of responsibility for his offense, and pursuant to the plea agreement in this case, the government has agreed that his offense level should be reduced by two (2) levels pursuant to U.S.S.G. §3E1.1(a). In addition, the defendant has assisted the government in the prosecution of his misconduct by timely notifying the authorities of his intention to enter a guilty plea, thereby permitting the government to avoid trial preparation and to allocate resources in an efficient manner. Accordingly, the government moves that the Court further decrease the defendant's offense level by a third level, pursuant to U.S.S.G. §3E1.1(b),

resulting in a total offense level for sentencing purposes of 16.

                              Respectfully submitted,

                              JEFFERY A. TAYLOR
                              United States Attorney
                              D.C. Bar No. 498610

By: _____
                              BRENDA J. JOHNSON
                              Assistant United States Attorney
                              D.C. Bar No. 370737
                              202/353-4154
                              brenda.johnson@usdoj.gov

                              National Security Section
                              555 4th Street, N.W. – 11th Floor
                              Washington, D.C.  20530

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was served by fax, to counsel for the defendant:

        Nathan Silver, Esquire
        P.O. Box 5757
        Bethesda, Maryland 20824

this 4th day of October, 2006.

                                          _____
                                          Brenda J. Johnson
                                          Assistant United States Attorney