HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 7 2006

UNITED STATES OF AMERICA : Docket No.: <u>06-CR-123</u>   NANCY MAYER WHITTINGTON, CLERK
:                                                                                      U.S. DISTRICT COURT
vs. : SSN:
:
MANSOER, Hendarmin : Disclosure Date: <u>September 12, 2006</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                  September 25, 2006
                                                                      Date

### For the Defendant

(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant                  Date              Defense Counsel            Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 26, 2006</u>, to U.S. Probation Officer <u>Valencia Fletcher</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
    United States Probation Officer

**Receipt and Acknowledgment**                                                Page 2

The following inaccuracies were noted in the Presentence Investigation Report:

1. On page 2 - The footnote indicates that the defendant last entered the United States on August 13, 2004, as a class A2 (diplomat). It also indicates that he has overstayed his authorization and is subject to deportation.
According to Department of State Records, on March 24, 2006, the defendant applied for and was issued an A2 visa as a driver for the Republic of Jordan. This issuance cured his overstay and deportation status from the 2004 visa. The defendant has since been terminated from the Embassy of Jordan and is now subject to deportation as a result of the loss of the March 24, 2006, A2 visa.

2. On page 3 - Paragraph 1, The second sentence should state, "In Count 2."

3. On page 3 - Paragraph 5 - The paragraph should also include that according to first full paragraph on page three of the plea agreement that the defendant "agreed that a sentence at the top end of the guideline range is reasonable and appropriate."

4. On page 5 - Paragraph 16, The last sentence should state, "The letters also contained the forged signature of a **person** in Administration and Finance at the embassies.

5. On page 13 - Paragraph 71 - The paragraph should state, "There are no apparent factors that suggest a departure under USSG Chapter 5 is applicable or warranted."

Signed by: _Brenda J. Johnson_
AUSA

Date: _September 25, 2006_

HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-123</u> |
|---|---|---|
| vs. | : | SSN: |
| MANSOER, Hendarmin | : | Disclosure Date: <u>September 12, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    (✓) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_Belinda J. Johnson_           _September 25, 2006_
**Prosecuting Attorney**           **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.
    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ _____    _____ _____
**Defendant**           **Date**           **Defense Counsel**           **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>September 26, 2006</u>, to U.S. Probation Officer <u>Valencia Fletcher</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By: Richard A. Houck, Jr., Chief
     United States Probation Officer

**Receipt and Acknowledgment**                                    Page 2

The following inaccuracies were noted in the Presentence Investigation Report:

1. On page 2 - The footnote indicates that the defendant last entered the United States on August 13, 2004, as a class A2 (diplomat). It also indicates that he has overstayed his authorization and is subject to deportation.
   According to Department of State Records, on March 24, 2006, the defendant applied for and was issued an A2 visa as a driver for the Republic of Jordan. This issuance cured his overstay and deportation status from the 2004 visa. The defendant has since been terminated from the Embassy of Jordan and is now subject to deportation as a result of the loss of the March 24, 2006, A2 visa.

2. On page 3 - Paragraph 1, The second sentence should state, "In Count 2."

3. On page 3- Paragraph 5 - The paragraph should also include that according to first full paragraph on page three of the plea agreement that the defendant "agreed that a sentence at the top end of the guideline range is reasonable and appropriate."

4. On page 5 - Paragraph 16, The last sentence should state, "The letters also contained the forged signature of a **person** in Administration and Finance at the embassies.

5. On page 13 - Paragraph 71 - The paragraph should state, "There are no apparent factors that suggest a departure under USSG Chapter 5 is applicable or warranted."

Signed by: _Brenda J. Johnson_
AUSA

Date: _September 25, 2006_



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
Cover

| | | | |
|---|---|---|---|
| To: | Valencia Fletcher | From: | Brenda J. Johnson |
| Fax: | (202) 273-0242 | Phone: | (202) 353-4154 |
| Date: | September 25, 2006 | | |
| Re: | Hendarmin Mansoer PSI | | |
| Page(s): | 3 including cover | | |

COMMENTS:

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**